# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138703

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

LOUIS JOSEPH MACKENZIE,
      Defendant-Appellant.

SC: 138703
COA: 289778
Jackson CC: 06-003388-FC

_____/

      On order of the Court, the application for leave to appeal the March 5, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

Clerk

d1214